UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 16-8015 FMO** | Date | **January 9, 2017** |
|---|---|---|---|
| Title | **In re Peter Emmanuel Kvassay** | | |

| Present: The Honorable | **Fernando M. Olguin, United States District Judge** |
|---|---|

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** **(In Chambers) Order to Show Cause Re: Dismissal for Lack of Prosecution**

The Notice Regarding Appeal from Bankruptcy Court (Dkt. 5), cautioned that "failure of either party to comply with time requirements as stated in this notice and applicable rules may result in the dismissal of the appeal or right to oppose the appeal." (See id. at 2). Despite this admonition, the parties have failed to: (1) file the statement of issues pursuant to Fed. R. Bankr. P. 8010; (2) file the designation of record pursuant to Fed. R. Bankr. P. 8010; and (3) file a transcript order notice, which is required whether or not appellant wishes to include a transcript in the record pursuant to Fed. R. Bankr. P. 8010, Fed. R. App. P. 10(b)(1), and 9th Cir. R. 10-3.

Accordingly, IT IS ORDERED that appellant and cross-appellant shall show cause in writing on or before **January 13, 2017**, why the appeals should not be dismissed for lack of prosecution. The Order to Show Cause will stand submitted upon the filing of appellant's and/or cross-appellant's response. Alternatively, if appellant and/or cross-appellant file the statement of issues, designation of record, and transcript order notice on or before the date indicated above, the court will consider this a satisfactory response to the Order to Show Cause. Failure to file a timely response to this Order to Show Cause may result in the action being dismissed for lack of prosecution and for failure to comply with the orders of the court, pursuant to Local Rule 41. See also Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |