JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PETER EMANUEL KVASSAY,<br><br>　　　　　Debtor,<br>_____<br>PETER EMANUEL KVASSAY,<br><br>　　　　　Appellant,<br><br>　　　　v.<br><br>ROBERT KVASSAY, et al.,<br><br>　　　　　Appellees.<br>_____ | Case No. CV 16-8015 FMO<br><br><br>**JUDGMENT** |

　　　IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 17th day of January, 2017.

　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　United States District Judge